## J. W. NORRIS, Administrator of J. Summerl,
## v. J. DAUPHIN'S ADMINISTRATORS.

High Court of Errors and Appeals.   August, 1814.

*Clayton's Notebook, 183.*

*Broom* and *Vandyke, contra,* cited 4 Dall., and 1 Del.Laws 82, c. 27, s. 2.

PER CURIAM.   We are unanimously of opinion that under the Act of Assembly, if the letters of administration are filed and security given at any time before judgment, it is sufficient.   This we know has been the construction put upon the Act for more than thirty years past.   The object of the Act is to prevent foreign ad-

ministrators from applying assumpsits in this state to the payment of debts out of it, until all those due to inhabitants are fully satisfied.